

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2023

No. 04-22-00670-CR

Zion Michael **TALAVERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR4671A
Honorable Jefferson Moore, Judge Presiding

# O R D E R

On December 29, 2022, appellant filed a motion for extension of time to file his brief. However, because the appellate record was not complete, appellant's brief was not due. On January 3, 2023, the last portion of the reporter's record was filed, making appellant's brief due February 2, 2023. We GRANT appellant an extension of time to March 6, 2023.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court